MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY, CSBN 263027
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile: (415) 744-0134
    E-Mail:  Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DERRICK DWYANE SCOTT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:13-CV-03521-NJV<br><br>**STIPULATION AND ORDER FOR EXTENSION TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

IT IS HEREBY STIPULATED, by and between Plaintiff Derrick Dwyane Scott (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall until September 30, 2014 to respond to Plaintiff's motion for summary judgment and or file any cross-motions thereto.  This is Defendant's first extension of time. This matter was recently re-assigned inter-office to the current defense counsel of record, who requests this additional time to review and fully address the arguments in Plaintiff's motion.

///

The parties further agree that all other deadlines will be extended accordingly.

Date: September 16, 2014                    KENNETH J. COLLINS,
                                            ATTORNEY AT LAW


                                   By:   /s/  Kenneth J. Collins
                                            KENNETH J. COLLINS
                                            Attorney for the Plaintiff
                                            (As authorized on September 16, 2014)


Date: September 16, 2014                    MELINDA HAAG
                                            United States Attorney

                                   By:   /s/  Sharon Lahey
                                            SHARON LAHEY
                                            Special Assistant United States Attorney
                                            Attorney for Defendant


**ORDER**

   PURSUANT TO STIPULATION, IT IS SO ORDERED.  DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON OR BEFORE SEPTEMBER 30, 2014.  PLAINTIFF SHALL FILE ANY REPLY THERETO ON OR BEFORE OCTOBER 14, 2014.

Dated:   September 30, 2014          _____
                                     HON. NANDOR J. VADAS
                                     UNITED STATES DISTRICT JUDGE