1 | KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
2 | P. O. BOX 1193
ARCATA, CA 95518
3 | (707) 822-1611, FAX 822-1044
EMAIL: aew1950@yahoo.com
4
5 | Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| DERRICK DWAYNE SCOTT, | ) Case No.: 1:13-CV-03521-NJV |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) IN SUPPORT OF PLAINTIFF'S FIRST |
| vs. | ) REQUST FOR EXTENSION OF TIME TO |
|  | ) FILE PLAINTIFF'S REPLY TO |
| CAROLYN W. COLVIN, Acting | ) DEFENDANT'S CROSS MOTION FOR |
| Commissioner of Social Security, | ) SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Derrick Scott may have an extension until October 28, 2014, in which to file Plaintiff's Reply to Defendant's Cross Motion for Summary Judgment.  This is plaintiff's first request.

Dated:  October 14, 2014                    /s/ Kenneth J. Collins
                                             KENNETH J. COLLINS
                                             Attorney for Plaintiff

//

//

1 | Dated: October 14, 2014

MELINDA L. HAAG
United States Attorney

DONNA L. CALVERT
Assistant Regional Chief Counsel, Region IX,
Social Security Administration

 /s/ Sharon Lahey
SHARON LAHEY
Special Assistant United States Attorney
(As authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 15, 2104

Honorable Nandor J. Vadas
United States Magistrate Judge